United States District Court
District of Maine

| | |
|---|---|
| Samuel M. Luzingu, | |
| Plaintiff, | |
| v. | Civil No. 2:25-cv-00523-JCN |
| Abbott Laboratories, Inc., | |
| Defendant. | |

## DECLARATION REGARDING CONSENT TO MAGISTRATE JUDGE

☐ The parties, pursuant to Federal Rule of Civil Procedure 73(b), consent to Magistrate Jude John C. Nivison conducting all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in this case.

X The parties decline to consent to Magistrate Judge John C. Nivison conducting all proceedings in this case. We ask that the case be assigned to a United States District Judge. We understand that Magistrate Judge John C. Nivison will conduct all proceedings and decide matters referred by the United States District Judge in accordance with 28 U.S.C. § 636(c).

Dated: March 9, 2026          /s/ David G. Webbert
                              Attorney for Plaintiff(s)

Dated: March 9, 2026          /s/ Hillary J. Massey
                              Attorney for Defendant(s)

Certificate of Service

I hereby certify that on March 9, 2026, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


Date: March 9, 2026                    /s/ David G. Webbert
                                       David G. Webbert
                                       Johnson, Webbert & Beard, LLP
                                       1 Bowdoin Mill Island, Ste. 300
                                       Topsham, ME 04086
                                       Tel: 207-623-5110
                                       dwebbert@work.law