**UNITED STATES DISTRICT COURT**
**District of Maine**

Samuel Luzingu                                        )
                                Plaintiff(s),          )
                    vs.                                )          Case No. 2:25-cv-00523
                                                       )
Abbott Laboratories, Inc.                              )
                                Defendant(s).          )

### CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. This certification form must be filed electronically via ECF in the District of Maine and the $200.00 admission fee must be paid at the time of filing (via pay.gov, which you will be automatically directed to during docketing). If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1.  Name: Anthony S. Califano

2.  State bar membership number(s): Massachusetts BBO No.: 661136; Connecticut State Bar No.: 437745

3.  Firm name, address and telephone number:
    Seyfarth Shaw LLP; Two Seaport Lane Suite 1200, Boston, MA 02210; (617) 946-4800

4.  List state and federal courts or bar associations in which you are a member in good standing to practice law: I am a member in good standing of the bars of the Commonwealth of Massachusetts and State of Connecticut and am admitted to practice before the courts of those jurisdictions. I am also admitted to practice before the United States Court of Appeals, First Circuit, United States Court of Appeals,Third Circuit, the United States District Court for the District of Massachusetts, and the United States District Court for the District of Connecticut.
    I am also in good standing in each of those courts.

5.  Name, address and telephone number of associated local counsel:
    Hillary J. Massey; Two Seaport Lane Suite 1200, Boston, MA 02210; (617) 946-4879

6.  Party name(s) entering appearance for:
    Abbott Laboratories, Inc.

7.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?      ☐Yes ☑No

8.  Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?      ☐Yes ☑No
    (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?      ☑Yes ☐No

Dated: 03/17/2026                    /s/ Hillary J. Massey
                                     Signature of Local Counsel

Dated: 03/17/2026                    /s/ Anthony S. Califano
                                     Signature of Applicant