United States District Court
District of Maine

|  |  |
|---|---|
| Samuel M. Luzingu, <br><br> Plaintiff, <br><br> v. <br><br> Abbott Laboratories, Inc., <br><br> Defendant. | No. 2:25-cv-00523-LEW |

### Plaintiff's Unopposed Motion to Extend Deadline to File Objection to Defendant's Motion to Dismiss and Enlarge Page Limit

Plaintiff moves (1) under Fed. R. Civ. P. 6(b) to extend the time to file its Objection to Defendant's Motion to Dismiss (ECF No. 7) from March 20, 2026 by two weeks to April 3, 2026; and (2) under Local Rule 7(d)(2) to enlarge the 20-page limit to 27 pages.

1.     On February 27, 2026, Defendant filed its Motion to Dismiss (ECF No. 7).

2.     The current deadline for Plaintiff to file its objection is March 20, 2026.

3.     Plaintiff's draft objection makes argument based on both the unique factual circumstances of this case, including Mr. Luzingu's current employment as the sole pastor of a Christian church in Westbrook, Maine,

and the complex interplay of relevant constitutional, statutory, and contractual rights and areas of law spanning multiple jurisdictions. The arguments require detailed analysis and explanation to adequately address the arguments raised in Defendant's Motion to Dismiss.

4.     Good cause exists for a two-week extension of time, through and including April 3, 2026.

5.     Local Rule 7(d) provides a 20-page limit for objections to motions to dismiss. For the same reasons that Plaintiff requests an extension of the deadline to file his Objection, Plaintiff moves to enlarge the page limit here to 27 pages.

6.     Plaintiff agrees not to oppose a request for an equal extension of the page limit in Defendant's anticipated Reply, should such an extension be requested.

7.     Defendant does not oppose this Motion.

Because good cause has been shown, the Court should grant this motion and both (1) extend Plaintiff's deadline until April 3, 2026 to file his objection to Defendant's Motion to Dismiss (ECF No. 7); and (2) enlarge the 20-page limit for that objection to 27 pages.

Respectfully submitted,

Date: March 19, 2026                    /s/ David G. Webbert

David G. Webbert
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Ste 300
(207) 623-5110
dwebbert@work.law


/s/ Allan K. Townsend
Allan K. Townsend
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Ste 300
Topsham, ME 04086
(207) 623-5110
atownsend@work.law


/s/ Ryan M. Schmitz
Ryan M. Schmitz
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Ste 300
Topsham, ME 04086
(207) 623-5110
rschmitz@work.law

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on March 19, 2026, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Date: March 19, 2026

/s/ David G. Webbert
David G. Webbert
Johnson, Webbert & Beard, LLP
1 Bowdoin Mill Island, Ste. 300
Topsham, ME 04086
Tel: 207-623-5110
dwebbert@work.law