# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

SAMUEL LUZINGU,

        Plaintiff,

    v.

ABBOTT LABORATORIES, INC.,

        Defendant.

Civil Case No. 2:25-cv-00523-LEW

## NOTICE OF APPEARANCE

Kindly enter the appearance of Christopher W. Kelleher as counsel for Defendant Abbott Laboratories, Inc., in connection with the above captioned action.

Dated: March 19, 2026

Respectfully submitted,

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher (*pro hac vice*)
ckelleher@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

*Attorneys for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher