**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

SAMUEL M. LUZINGU,

   Plaintiff,

  v.            Case No. 2:25-cv-00523-LEW

ABBOTT LABORATORIES, INC.,

   Defendant.

**ABBOTT'S UNOPPOSED MOTION TO EXCUSE**
**LOCAL COUNSEL FROM ATTENDING ORAL ARGUMENT**

Defendant Abbott Laboratories, Inc. ("Abbott" or "Defendant") requests that the Court excuse Defendant's Local Counsel, Hillary Massey of Seyfarth Shaw, from attending the motion hearing set for June 18, 2026. In support, Abbott states as follows:

1. In-person oral argument is set for June 18, 2026 in the above-referenced matter.

2. Christopher Kelleher is counsel for Abbott and is admitted *pro hac vice*.

3. Mr. Kelleher has been actively litigating this matter and will be arguing on behalf of Abbott at the motion hearing. Mr. Kelleher is prepared to address all issues at the hearing.

4. Pursuant to Local Rule 83.1(c)(1)(B), local counsel must accompany attorneys admitted *pro hac vice* in all appearances before this Court.

5. Because she does not intend to argue the motion, Ms. Massey's presence at the motion hearing would be superfluous and inefficient.

6. Abbott asks the Court to excuse Local Counsel, Ms. Massey, from attending the June 18 hearing.

7. The parties have conferred and Plaintiff does not oppose this Motion.

WHEREFORE, Abbott respectfully requests that Court excuse Ms. Massey from attendance at the motion hearing and for any other relief that the Court deems just and proper.

Dated: June 5, 2026

Respectfully submitted,
SEYFARTH SHAW LLP

By: /s/ *Hillary J. Massey*
    Hillary J. Massey (Maine 004449)
    hmassey@seyfarth.com
    Anthony Califano (*pro hac vice)*
    acalifano@seyfarth.com
    Christopher Kelleher (*pro hac vice)*
    ckelleher@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane,
    Suite 1200
    Boston, Massachusetts
    02210-2028
    Telephone: (617) 946-4800
    Facsimile: (617) 946-4801

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, this document filed through the Court's electronic filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Hillary J. Massey*
Hillary J. Massey